# Exhibit 1



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

DANONE WATERS OF AMERICA, LLC                                    February 28, 2024
Rebecca J Borowitz Paralegal-Employment, Litigation and Contracts
Danone North America
1 Maple Avenue
White Plains NY 10605

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2024-43

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | DANONE WATERS OF AMERICA, LLC |
| 2. | **Title of Action:** | Michael Daly, individually and on behalf of all other similarly situated, vs. Danone Waters of America, LLC |
| 3. | **Document(s) Served:** | Division of Corporations Cover Sheet<br>Summons<br>Class Action Complaint<br>Jury Demand |
| 4. | **Court/Agency:** | Cook County Circuit Court, Illinois |
| 5. | **State Served:** | Delaware |
| 6. | **Case Number:** | 2024CH01053 |
| 7. | **Case Type:** | Illinois Consumer Fraud and Deceptive Buisness Practices Act |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Wednesday 02/28/2024 |
| 10. | **Date to Client:** | Wednesday 02/28/2024 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Friday 03/29/2024    CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Steven Perry<br>Northbrook, IL<br>224-218-0875 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 081 |
| 16. | **Notes:** | Also Attached:<br>* Appearance and Jury Demand<br>* Chancery Division Civil Cover Sheet General Chancery Section |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

Division of Corporations - Filing                                   https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.asp:

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

Allowable Characters

| HOME | Entity Details |
|------|----------------|

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 7095504 | Incorporation Date / Formation Date: | 10/20/2022 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | DANONE WATERS OF AMERICA, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | CORPORATE CREATIONS NETWORK INC. | | |
|---|---|---|---|
| Address: | 1521 CONCORD PIKE SUITE 201 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19803 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results        New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.
site map | privacy | about this site | contact us | translate | delaware.gov

1 of 1                                                                    2/28/2024, 2:06 PM

FILED
2/21/2024 12:25 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024CH01053
Calendar, 11
26496425

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 11

FILED DATE: 2/21/2024 12:25 PM   2024CH01053

| | | |
|---|---|---|
| **2120 - Served** | **2121 - Served** | **2620 - Sec. of State** |
| **2220 - Not Served** | **2221 - Not Served** | **2621 - Alias Sec of State** |
| **2320 - Served By Mail** | **2321 - Served By Mail** | |
| **2420 - Served By Publication** | **2421 - Served By Publication** | |
| **Summons - Alias Summons** | | **(12/01/20) CCG 0001 A** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

MICHAEL DALY,

_____

Plaintiff(s)

v.

DANONE WATERS OF AMERICA LLC

_____

Defendant(s)

c/o: the Corp. Creations Network Inc, Reg.
Agent, 1521 Concord Pike, Suite 201,

Wilmington, DE 19803   Address of Defendant(s)

Case No.   2024CH01053

Please serve as follows (check one):  ○ Certified Mail  ◉ Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached.
You are summoned and required to file your appearance, in the office of the clerk of this court,
within 30 days after service of this summons, not counting the day of service. If you fail to do so, a
judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE
COURTHOUSE**. You will need: a computer with internet access; an email address; a completed
Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/
appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

**cookcountyclerkofcourt.org**

Date Served: 2/28/2024
Time Served: 2:40
Server: 88   10515994

**Summons - Alias Summons** **(12/01/20) CCG 0001 B**

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 63294
○ Pro Se 99500

Name: Steven Perry, Law Offices of Todd Friedman

Atty. for (if applicable):

Michael Daly, Plaintiff

Address: 707 Skokie Blvd., Suite 600

City: Northbrook

State: IL Zip: 60062

Telephone: 224-218-0875

Primary Email: steven.perry@toddflaw.com

Witness date _____

2/21/2024 12:25 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☒ Date of Service: 2/29/2024
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 2 of 3

FILED DATE: 2/21/2024 12:25 PM 2024CH01053

FILED DATE: 2/21/2024 12:25 PM  2024CH01053

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION

**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION

**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION

**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION

**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE

**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION

**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION

**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE

**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS

**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD

**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW

**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM

**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

**12-Person Jury**

FILED
2/20/2024 6:39 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024CH01053
Calendar, 11
26485706

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CHANCERY DIVISION**

MICHAEL DALY, individually and on
behalf of all others similarly situated,

     Plaintiffs,

v.

DANONE WATERS OF AMERICA, LLC

     Defendant.

Case No. **2024CH01053**

**CLASS ACTION
COMPLAINT**

**JURY DEMANDED**

Now come the Plaintiff, MICHAEL DALY ("Plaintiff"), individually and on behalf of all

others similarly situated, by and through their attorneys, and for their Class Action Complaint

against the Defendant, DANONE WATERS OF AMERICA LLC, ("Defendant"), Plaintiff alleges

and states as follows:

## PRELIMINARY STATEMENT

1.    This is an action for damages, injunctive relief, and any other available legal or

equitable remedies, for violations of Illinois Consumer Fraud and Deceptive Businesses Practices

Act ("ILCFA"), 815 ILCS 505/1 *et seq*., common law fraud, and unjust enrichment, resulting from

the illegal actions of Defendant, in intentionally labeling its Products as Natural Spring Water,

when they contain microplastics. Plaintiff alleges as follows upon personal knowledge as to

himself and his own acts and experiences, and, as to all other matters, upon information and belief,

including investigation conducted by their attorneys.

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

**PARTIES**

2.      Plaintiff Michael Daly is an individual who resides in Evergreen Park, Illinois.

3.      Defendant is a Delaware limited liability company, whose principal place of business is located in Denver, Colorado.

4.      At all times relevant hereto, Defendant was engaged in the marketing and sale of bottled water.

**FACTS COMMON TO ALL COUNTS**

5.      Defendant advertises, markets, sells, and distributes bottled water throughout Illinois and the United States.

6.      During the Class Period Defendant sold Evian bottled water (the "Products") labeled, marketed, and advertised as "Natural Spring Water" but which actually contained microplastics.

7.      Microplastics are small sized plastic particles that originate from manufacturing and physical degradation of plastics. Microplastics encompass a variety of different molecules with different structures, shapes, sizes, and polymers.

8.      Microplastics are not naturally occurring. Instead, microplastics are typically made from polypropylene, polyethylene, polystyrene, and other synthetic polymers. [1]

9.      Microplastics can leach into the water from the bottle, and consumers are exposed to additives, processing aid, and unreacted monomers.[2]

---

[1] Md. Iftakharul Muhib, Md. Khabir Uddin, Md. Mostafizur Rahman, and Guilherme Malafaia, "Occurrence of microplastics in tap and bottled water, and food packaging: A narrative review on current knowledge," *Science of The Total Environment* (2022), http://dx.doi.org/10.1016/j.scitotenv.2022.161274.
[2] *Id; Winkler, A., Santo, N., Ortenzi,M.A., Bolzoni, E., Bacchetta, R., Tremolada, P., 2019. Does mechanical stress cause microplastic release from plastic water bottles? Water Res. 166, 115082*

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

10.     In 2018 Orb Media commissioned a global study on synthetic microplastic contamination in bottled water.[3] The study was performed at the Mason lab at State University of New York at Fredonia, Department of Geology & Environmental Sciences. The study tested 259 individual bottles from 27 different lots across 11 brands purchased from 19 locations in 9 countries. Ninety-three percent, ("93%"), of bottled water showed signs of microplastic contamination.

11.     A study conducted in 2019 found the origin of bottled microplastics in drinking water due to mechanical stress.[4] They proposed that the main mechanical reason for bottled water contamination originated from releasing microplastic particles from the bottleneck and plastic cap by frequent opening and closing.

12.     Microplastic contamination in the Products is possible at various manufacturing levels and as a result of usage by reasonable consumers.[5]

13.     Toxic effects of microplastics on the physiology and behavior of marine invertebrates have been extensively documented.[6] Similar effects have also been observed in larger marine vertebrates such as fish. Furthermore, recent studies using mouse models have reported potential effects of Microplastics on mammalian gut microbiota, as well as cellular and metabolic

---

[3] Orb Media, "Plus Plastic," Orb Media (2023), available at https://orbmedia.org/plus-plastic.

[4] Winkler, A., Santo, N., Ortenzi,M.A., Bolzoni, E., Bacchetta, R., Tremolada, P., 2019. Does mechanical stress cause microplastic release from plastic water bottles? Water Res. 166, 115082.

[5] See Md. Iftakharul Muhib, Md. Khabir Uddin, Md. Mostafizur Rahman, and Guilherme Malafaia, "Occurrence of microplastics in tap and bottled water, and food packaging: A narrative review on current knowledge," *Science of The Total Environment* (2022), http://dx.doi.org/10.1016/j.scitotenv.2022.161274.

[6] Damià Barceló, Yolanda Picó, & Ahmed H. Alfarhan, *Microplastics: Detection in human samples, cell line studies, and health impacts*, Environmental Toxicology and Pharmacology (2023), https://doi.org/10.1016/j.etap.2023.104204; Grote, K., Brüstle, F., Vlacil, A.K., 2023. Cellular and systemic effects of micro- and nanoplastics in mammals—whatwe know so far. Materials 16, 3123. https://doi. org/10.3390/ma16083123;

3

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

toxicity in the host.[7] However, the pathophysiological consequences of acute and chronic exposure to microplastics in mammalian systems, particularly in humans, are not yet fully understood.[8]

14.   After being absorbed, Microplastics have the potential to be transported through the circulatory system and subsequently accumulate in various organs, including the kidney, gut, and liver.[9] Thus, the effects on several blood and the immune system cell lines have been widely reported for several Microplastics. Moreover, Microplastics exhibit a "Trojan Horse" effect by absorbing and transporting various environmental pollutants.[10]

15.   Studies indicate that exposure to microplastics through ingestion can lead to gastrointestinal problems such as irritable bowel syndrome; endocrine disruption such as adverse effects on hormonal balance and reproductive function; and cardiovascular problems such as increase of oxidative stress and impaired regular heart function.[11]

16.   Microplastics contamination is a material concern to Plaintiff and other reasonable consumers.

17.   Bottled water that is contaminated with microplastics is not natural.

18.   The Food and Drug Administration ("FDA") has not officially defined the term "natural" and has not promulgated an official rule regarding the use of the term "natural."

---

[7] Yong, C.Q.Y., Valiyaveettil, S., Tang, B.L., 2020. Toxicity of microplastics and nanoplastics in mammalian systems. Int. J. Environ. Res. Public Health 2020 Vol. 17, 1509. https://doi.org/10.3390/IJERPH17051509.

[8] Damià Barceló, Yolanda Picó, & Ahmed H. Alfarhan, *Microplastics: Detection in human samples, cell line studies, and health impacts*, Environmental Toxicology and Pharmacology (2023), https://doi.org/10.1016/j.etap.2023.104204

[9] Id.

[10] Id.

[11] Ebuka Chizitere Emenike et al., *From Oceans to Dinner Plates: The Impact of Microplastics on Human Health*, Volume 9, issue 10, Heliyon, 2023, https://www.sciencedirect.com/science/article/pii/S240584402307648X

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

19.    Furthermore, FDA has considered the term "natural" to mean that nothing artificial or synthetic (including all color additives regardless of source) has been included in, or has been added to, a food that would not normally be expected to be in that food.[12]

20.    Microplastics are not expected to be in food or water.

21.    Plaintiff, and reasonable consumers, do not expect "Natural" water products to contain microplastics.

22.    The following picture includes an example of Defendant's fraudulent labeling:



---

[12] U.S. Food and Drug Administration, "Use of the Term 'Natural' on Food Labeling," FDA (2023), available at https://www.fda.gov/food/food-labeling-nutrition/use-term-natural-food-labeling.

5

FILED DATE: 2/20/2024 6:39 PM  2024CH01053

23.     Yet, when consumers drink Defendant's Products, they are consuming synthetic plastic particles.

24.     On December 13, 2023, Plaintiff purchased one case of Products labeled, marketed, and sold as "Natural Spring Water", from a Pete's Fresh Market in Evergreen Park, IL.

25.     Plaintiff's Products contained microplastics despite being labeled Natural Spring Water.

26.     Persons, like Plaintiff herein, have an interest in purchasing products that do not contain false and misleading claims with regards to the contents of the Products.

27.     By making false and misleading claims about the contents of its Products, Defendant impaired Plaintiff's ability to choose the type and quality of products he chose to buy.

28.     Therefore, Plaintiff has been deprived of his legally protected interest to obtain true and accurate information about their consumer products as required by law.

29.     As a result of Defendant's fraudulent labeling, Plaintiff and the Class have been misled into purchasing Products that did not provide them with the benefit of the bargain they paid money for, namely that the Products were Natural Spring Water.

30.     As a result of Defendant's fraudulent labeling, Plaintiff and the Class paid a price premium for premium Products, but instead received non-premium Products.

31.     Plaintiff and the Class purchased Defendant's Products because Defendant's advertising claimed that the Products were Natural Spring Water.

32.     Due to Defendant's intentional, deceitful practice of falsely labeling the Products as Natural Spring Water, Plaintiff could not have known that the Products contained microplastics.

33.     Plaintiff was unaware that the Products contained microplastics when he purchased them.

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

34.     Worse than the lost money, Plaintiff, the Class, and Sub-Class were deprived of their protected interest to choose the type and quality of products they ingest.

35.     Defendant, and not Plaintiffs, the Class, or Sub-Class, knew or should have known that labeling, marketing, and selling the Products as Natural Spring Water was false, deceptive, and misleading, and that Plaintiff, the Class, and Sub-Class members would not be able to tell the Products they purchased contained microplastics unless Defendant expressly told them.

36.     Defendant knew that the Products contained microplastics but chose to label the Products with Natural Spring Water labeling anyway to induce consumers to purchase the Products.

37.     Furthermore, copious research has shown the deleterious effects of plastic bottles on both the environment and human health, yet Defendant continues to bottle its water in plastic and continues to label the Products as Natural.[13]

38.     As a result of Defendant's acts and omissions outlined above, Plaintiffs have suffered concrete and particularized injuries and harm, which include, but are not limited to, the following:

      a.     Lost money;

      b.     Wasting Plaintiffs' time; and

      c.     Stress, aggravation, frustration, loss of trust, loss of serenity, and loss of confidence in product labeling.

///
///
///
///
///
///

---

[13] ABC7 News, "Nanoplastics found in bottled water and the bloodstream, study says," ABC7 News (2023), available at https://abc7news.com/nanoplastics-bottled-water-bloodstream-plastic/14302293/.

7

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

## CLASS ALLEGATIONS

39.     Plaintiff brings this action on behalf of himself and all others similarly situated, as

a member of the proposed class (the "Class"), defined as follows:

> All persons within the United States who purchased the Products
> within five years prior to the filing of the Complaint through the date
> of class certification.

40.     Plaintiff also brings this action on behalf of himself and all others similarly situated,

as a member of the proposed sub-class (the "Sub-Class"), defined as follows

> All persons within the State of Illinois who purchased the Products
> within five years prior to the filing of the Complaint through the date
> of class certification.

41.     The Class and the Sub-Class satisfy all of the requirements of the Illinois Code of

Civil Procedure for maintaining a class action, specifically:

    a.    Upon information and belief, the Class and the Sub-Class are so numerous

          that joinder of all members is impracticable. On information and belief there

          are hundreds, if not thousands of individuals in the United States and the

          State of Illinois who purchased the products within the applicable statute of

          limitations period.

    b.    There are questions of fact and/or law which are common to the Class and

          the Sub-Class, and which predominate over questions affecting any

          individual Class or Sub-Class members. These common questions of fact

          and law include, but are not limited to:

          i.    Whether Defendant disseminated false and misleading information

                by claiming the Products are "Natural Spring Water";

8

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

ii. Whether the Class and Sub-Class members were informed that the Products contained microplastics;

iii. Whether the Products contained microplastics;

iv. Whether Defendant's conduct was unfair and deceptive;

v. Whether Defendant unjustly enriched itself as a result of the unlawful conduct alleged above;

vii. Whether there should be a tolling of the statute of limitations; and

viii. Whether the Class and Sub-Class members are entitled to restitution, actual damages, punitive damages, and attorneys' fees and costs.

c. Plaintiff's claims are typical of the Class and the Sub-Class, which all arise from the same operative set of facts and are based on the same legal theories

d. Plaintiff have no interests adverse or antagonistic to the interests of the other members of the Class and the Sub-Class.

e. Plaintiffs will fairly and adequately protect the interests of the Class and the Sub-Class and Plaintiffs have retained experienced and competent attorneys to represent the Class and the Sub-Class.

f. This class action is a fair and efficient adjudication of the controversy alleged herein. Plaintiffs anticipate that no unusual difficulties are likely to be encountered in the management of this class action.

g. This class action will permit large numbers of similarly situated persons to prosecute their common claims in a single forum simultaneously and without the duplication of effort and expense that numerous individual actions would engender. This class action will also permit the adjudication

9

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

of relatively small claims by many Class and Sub-Class members who would not otherwise be able to afford to seek legal redress for the wrongs complained of herein. Absent a class action, Class and Sub-Class members will continue to suffer losses of legally protected rights, as well as monetary damages. If Defendants' conduct is allowed proceed to without remedy, Defendants will continue to benefit financially from such conduct.

h.  Defendants have acted on grounds generally applicable to the entire Class and Sub-Class, thereby making it appropriate for the Court to order final monetary, injunctive, and declaratory relief with respect to the Class and the Sub-Class as a whole.

42.  Defendant, its employees and agents are excluded from the Class and Sub-Class. Plaintiff does not know the number of members in the Class and Sub-Class, but believes the members number in the thousands, if not more. Thus, this matter should be certified as a Class Action to assist in the expeditious litigation of the matter.

43.  The size and definition of the Class and Sub-Class can be identified by Defendant's own records, and the records of retailers of Defendant's Products.

**COUNT I**
**VIOLATIONS OF THE ILLINOIS CONSUMER FRAUD AND**
**DECEPTIVE BUSINESS PRACTICES ACT, 815 ILCS 505/1, *et seq.***

44.  Plaintiffs incorporate all of the allegations and statements made in Paragraphs 1 through 43 above as if fully reiterated herein.

45.  Plaintiffs are both a "person" as defined in 815 ILCS 505/1(c), as they are both natural persons.

10

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

46. Defendant is a "person" as defined in 815 ILCS 505/1(c), as it is a company and a business entity and/or association.

47. 815 ILCS 505/2 states:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby.

48. Through its representation of the Products as Natural Spring Water, Defendant made false promises, misrepresentations, concealments, suppressions, and omissions of material facts, with the intent that Plaintiffs rely upon said false promises, misrepresentations, concealments, suppressions, and omissions of material facts.

49. 815 ILCS 505/10a states:

> (a) Any person who suffers actual damage as a result of a violation of this Act committed by any other person may bring an action against such person. The court, in its discretion may award actual economic damages or any other relief which the court deems proper...

> (c) [T]he Court may grant injunctive relief where appropriate and may award, in addition to the relief provided in this Section, reasonable attorney's fees and costs to the prevailing party.

50. In taking the actions and omissions set forth above, and making the false promises, misrepresentations, concealments, suppressions, and omissions of material facts set forth above, Defendant violated the Illinois Consumer Fraud and Deceptive Business Practices Act, including, but not limited to, 815 ILCS 505/2.

51. Defendant failed to comply with the requirements of the ILCFA, including, but not

11

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

limited to, 815 ILCS 505/2 as to the Class and Sub-Class members with respect to the above-alleged transactions

52.     By reason thereof, Plaintiffs are entitled to a judgment against Defendant, declaring that Defendant's conduct violated 815 ILCS 505/2, enjoining Defendant from engaging in similar conduct in the future, and awarding actual damages, punitive damages, injunctive relief, costs, and attorneys' fees.


**PRAYER FOR RELIEF**

Wherefore, Plaintiffs pray for a judgment against Defendant as follows:

    a.    An order certifying the Class and the Sub-Class and appointing Plaintiff as Representative of the Class and the Sub-Class;

    b.    An order certifying the undersigned counsel as the Class and Sub-Class Counsel;

    c.    An order requiring Defendant, at its own cost, to notify all members of the Class and the Sub-Class of the unlawful, unfair, deceptive, and unconscionable conduct herein;

    d.    Judgment against Defendant in an amount to be determined at trial;

    e.    An order for injunctive relief prohibiting such conduct by Defendant in the future;

    f.    Judgment against Defendant for Plaintiffs' attorneys' fees, court costs, and other litigation costs; and

    g.    Any other relief deemed just and proper by this Court.

///

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

## COUNT II
## COMMON LAW FRAUD

53.    Plaintiff incorporates all of the allegations and statements made in Paragraphs 1 through 43 above as if fully reiterated herein.

54.    Through its false statements that the Products contained "Natural Spring Water", Defendant made false statements of material fact.

55.    At the time Defendant made its statements to Plaintiffs that the Products contained "Natural Spring Water", it knew, or reasonably should have known, that the statements described above were false.

56.    At the time Defendant made the statements to Plaintiff, Defendant intended to induce Plaintiff to purchase the Products.

57.    Plaintiff relied upon the truth of the statements described above and purchased the Products, only to find that the Products he purchased contained microplastics.

58.    As a result of their reasonable reliance upon Defendant's false statements of material fact as set forth above, Plaintiffs and other members of the Class and Sub-Class have suffered concrete and particularized injuries, harm, and damages which include, but are not limited to, the loss of money spent on products that did not provide them with the benefit of the bargain they paid money for, and stress, aggravation, frustration, inconvenience, emotional distress, mental anguish, and similar categories of damages.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs pray for a judgment against Defendant as follows:

   a.    An order certifying the Class and the Sub-Class and appointing Plaintiffs as Representative of the Class and the Sub-Class;

13

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

b. An order certifying the undersigned counsel as the Class and Sub-Class Counsel;

c. An order requiring Defendant, at its own cost, to notify all members of the Class and the Sub-Class of the unlawful, unfair, deceptive, and unconscionable conduct herein;

d. Judgment against Defendant in an amount to be determined at trial;

e. An order for injunctive relief prohibiting such conduct by Defendant in the future;

f. Judgment against Defendant for Plaintiffs' attorneys' fees, court costs, and other litigation costs; and

g. Any other relief deemed just and proper by this Court.

## COUNT III
## UNJUST ENRICHMENT

59.    Plaintiffs incorporate all of the allegations and statements made in Paragraphs 1 through 43 above as if fully reiterated herein.

60.    Plaintiff conferred monetary benefits to Defendant by purchasing the Products.

61.    Defendant has been unjustly enriched by retaining the revenues derived from Plaintiff's purchase of the Products based on the false statements that the Products contained "Natural Spring Water".

62.    Defendant's retention of the revenue it received from Plaintiff, and the Class and Sub-Class members, is unjust and inequitable because Defendant's false statements caused injuries to Plaintiffs, and the Class and Sub-Class members, as they would not have purchased the Products, or would not have paid a premium price, if they knew the Products contained

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

microplastics.

63.     Defendant's unjust retention of the benefits conferred on it by Plaintiffs, and the Class and Sub-Class members, entitles Plaintiffs, and the Class and Sub-Class members, to restitution of the money they paid to Defendant for the Products.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiffs pray for a judgment against Defendant as follows:

> h.  An order certifying the Class and the Sub-Class and appointing Plaintiff as Representative of the Class and the Sub-Class;
>
> i.  An order certifying the undersigned counsel as the Class and Sub-Class Counsel;
>
> j.  An order requiring Defendant, at its own cost, to notify all members of the Class and the Sub-Class of the unlawful, unfair, deceptive, and unconscionable conduct herein;
>
> k.  Judgment against Defendant in an amount to be determined at trial;
>
> l.  An order for injunctive relief prohibiting such conduct by Defendant in the future;
>
> m.  Judgment against Defendant for Plaintiff's attorneys' fees, court costs, and other litigation costs; and
>
> n.  Any other relief deemed just and proper by this Court.

## **JURY DEMAND**

Plaintiffs demand a trial by jury on all issues in this action so triable, except for any issues relating to the amount of attorneys' fees and costs to be awarded should Plaintiff prevails on any of their claims in this action.

15

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

RESPECFULLY SUBMITTED,

MICHAEL DALY

Attorney for Plaintiffs
Illinois Attorney No. 6276496
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com

Steve G. Perry
Attorney for Plaintiffs
Illinois Attorney No. 6330283
Cook County Attorney No.: 63294
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
Phone: (224) 218-0875
Fax: (866) 633-0228
Steven.perry@toddflaw.com

1910 - No Fee Paid
1919 - Fee Paid
**Jury Demand**                                           **(Rev. 12/01/20) CCG 0067**

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY_____ **DEPARTMENT/** 1ST_____ **DISTRICT**

MICHAEL DALY,

           **v.**                         **No.** _____

DANONE WATERS OF AMERICA, LLC,

### JURY DEMAND

The undersigned demands a jury trial.

_____
(Signature)

❑ Atty. No.: 63294_____
Name: Steven G. Perry_____
Atty. for: Plaintiff, Michael Daly_____
Address: 707 Skokie Blvd., Suite 600_____
City/State/Zip: Northbrook, IL 60062_____
Telephone: 224-218-0875_____       **Dated:** February 20, 2024_____
Primary Email: steven.perry@toddflaw.com_____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 11

FILED DATE: 2/21/2024 12:27 PM   2024CH01053

FILED
2/21/2024 12:27 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024CH01053
Calendar, 11
26496475

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## CHANCERY DIVISION

MICHAEL DALY                                    )
individually and on behalf of all others similarly    )
situated,                                       )
                                                )
  Plaintiffs,                         )  No.  2024CH01053
                                                )
v.                                              )
                                                )
DANONE WATERS OF AMERICA LLC,                   )
                                                )
  Defendant.                          )

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Now comes the Plaintiff, Michael Daly, by and through his attorneys, and brings this Motion for Class Certification against Defendant, Danone Water of America, LLC, individually and on behalf of a class and sub-class of all others similarly situated. In support thereof, Plaintiff alleges and states as follows:

1.  On December 13, 2023, Plaintiff Michael Daly purchased one case of Products labeled, marketed, and sold as "Natural Spring Water".

2.  When Plaintiff purchased the product he believed that the product would contain Natural Water. However, the Products contained microplastics. A more thorough explanation of the facts may be found in Plaintiff's Complaint.

3.  As a result of Defendant's acts and omissions outlined above, Plaintiff have suffered concrete and particularized injuries, harm, and damages, which include, but are not limited to, the following:

  a.  Lost money;

  b.  Wasting Plaintiffs' time; and

FILED DATE: 2/21/2024 12:27 PM   2024CH01053

c.     Stress, aggravation, frustration, inconvenience, loss of trust, loss of serenity, and loss of confidence in product labeling.

4.     Plaintiffs bring claims, pursuant to 735 ILCS 5/2-801, *et seq.*, individually and on behalf of the following class (the "Class"): All persons within the United States who purchased the Products within five years prior to the filing of the Complaint through the date of class certification.

5.     Plaintiffs also bring claims, pursuant to 735 ILCS 5/2-801, *et seq.*, individually and on behalf of the following sub-class (hereinafter the "Sub-Class"): All persons within the State of Illinois who purchased the Products within five years prior to the filing of the Complaint through the date of class certification.

6.     Illinois Rule of Civil Procedure section 5/2-801 states that an action may be maintained as a class action in any court of this state if the court finds that:

(1)     The class is so numerous that joinder of all members is impracticable.

(2)     There are questions of fact or law common to the class, which common questions predominate over any questions affecting only individual members.

(3)     The representative parties will fairly and adequately protect the interest of the class.

(4)     The class action is an appropriate method for the fair and efficient adjudication of the controversy.

735 ILCS 5/2-801.

7.     The Class and the Sub-Class satisfy all of the requirements of the Illinois Code of Civil Procedure for maintaining a class action, specifically:

FILED DATE: 2/21/2024 12:27 PM   2024CH01053

a.   Upon information and belief, the Class and the Sub-Class are so numerous that joinder of all members is impracticable. On information and belief there are hundreds, if not thousands of individuals in the United States and the State of Illinois who purchased the products within the applicable statute of limitations period.

b.   There are questions of fact and/or law which are common to the Class and the Sub-Class, and which predominate over questions affecting any individual Class or Sub-Class members. These common questions of fact and law include, but are not limited to:

   i.   Whether Defendant disseminated false and misleading information by claiming the Products are "Natural Spring Water";

   ii.   Whether the Class and Sub-Class members were informed that the Products contained microplastics;

   iii.   Whether the Products contains microplastics;

   iv.   Whether Defendant's conduct was unfair and deceptive;

   v.   Whether Defendant unjustly enriched itself as a result of the unlawful conduct alleged above;

   vii.   Whether there should be a tolling of the statute of limitations; and

   viii.   Whether the Class and Sub-Class members are entitled to restitution, actual damages, punitive damages, and attorneys' fees and costs.

3

FILED DATE: 2/21/2024 12:27 PM    2024CH01053

c.      Plaintiffs' claims are typical of the Class and the Sub-Class, which all arise from the same operative set of facts and are based on the same legal theories

d.      Plaintiffs have no interests adverse or antagonistic to the interests of the other members of the Class and the Sub-Class.

e.      Plaintiffs will fairly and adequately protect the interests of the Class and the Sub-Class and Plaintiffs have retained experienced and competent attorneys to represent the Class and the Sub-Class.

f.      This class action is a fair and efficient adjudication of the controversy alleged herein. Plaintiffs anticipate that no unusual difficulties are likely to be encountered in the management of this class action.

g.      This class action will permit large numbers of similarly situated persons to prosecute their common claims in a single forum simultaneously and without the duplication of effort and expense that numerous individual actions would engender. This class action will also permit the adjudication of relatively small claims by many Class and Sub-Class members who would not otherwise be able to afford to seek legal redress for the wrongs complained of herein. Absent a class action, Class and Sub-Class members will continue to suffer losses of legally protected rights, as well as monetary damages. If Defendant's conduct is allowed proceed to without remedy, Defendant will continue to benefit financially from such conduct.

h.      Defendant has acted on grounds generally applicable to the entire Class and Sub-Class, thereby making it appropriate for the Court to order final

4

FILED DATE: 2/21/2024 12:27 PM   2024CH01053

monetary, injunctive, and declaratory relief with respect to the Class and the Sub-Class as a whole.

5.      Plaintiff believes that upon completion of discovery in this matter, Plaintiff will be able to prove each of the allegations to the satisfaction of this Court. Therefore, Plaintiff requests the Court defer any ruling on this motion until after discovery has closed and Plaintiff has filed an amended or supplemental motion for class certification.

WHEREFORE, Plaintiffs respectfully request this Honorable Court enter an order certifying the proposed class and sub-class, but defer any ruling on this Motion until after discovery has been completed and Plaintiff has filed an amended or supplemental motion for class certification.

RESPECTFULLY SUBMITTED,

MICHAEL DALY

_____
Steve G. Perry
Attorney for Plaintiff
Illinois Attorney No. 6330283
Cook County Attorney No. 63294
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, Illinois 60062
Phone: (224) 218-0875
Fax: (866) 633-0228
Steven.perry@toddflaw.com

5

FILED DATE: 2/21/2024 12:27 PM   2024CH01053

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Motion for Class Certification was served upon the following party, alongside the summons and complaint, by submitting it to the process server and, by depositing the same in the U.S. Mail on February 21, 2024, with proper first-class postage prepaid thereon:

> DANONE WATERS OF AMERICA, LLC
> c/o Corporate Creations Network Inc. (Registered Agent)
> 1521 Concord Pike Suite 201,
> Wilmington, DE, 19803

_____

Steven G. Perry
Attorney for Plaintiffs

FILED DATE: 2/20/2024 6:39 PM    2024CH01053

**Appearance and Jury Demand \***                                        **(12/01/20) CCG 0009**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

_____ COUNTY    DEPARTMENT/ 1ST DISTRICT

MICHAEL DALY,
_____
                                    Plaintiff

                v.

DANONE WATERS OF AMERICA, LLC
_____
                                    Defendant

Case No. _____

Claimed $: _____

Return Date: _____ Time: _____

Court Date: _____ Room No.: _____
_____
        Address of Court District for Filing

### APPEARANCE AND JURY DEMAND *

☑ General Appearance        ☑ 0900 - Fee Paid                        ☐ 0904 - Fee Waived
                            ☐ 0908 - Trial Lawyers Appearance - No Fee
☑ Jury Demand *             ☐ 1900 - Appearance and Jury Demand/Fee Paid    ☐ Twelve-person Jury
                            ☐ 1904 - Appearance and Jury Demand/No Fee Paid    ☐ Six-person Jury

The undersigned enters the appearance of: ● Plaintiff  ○ Defendant

Litigant's Name: Michael Daly
_____

Signature: /s/ _____

☑ Initial Counsel of Record    ☐ Pro Se (Self-represented)    ☐ 2810 Rule 707 Out-of-State Counsel
                                                                (pro hac vice)
☐ Additional Appearance        ☐ Substitute Appearance

● Atty. No.: 63294 _____    ○ Pro Se 99500

Name: Steven G. Perry
Atty. for (if applicable):
Plaintiff, Michael Daly
_____

Address: 707 Skokie Blvd., Suite 600
_____

City: Northbrook
_____

State: IL  Zip: 60062  Phone: (224) 218-0875
_____

Primary Email: steven.perry@toddflaw.com
_____

| **IMPORTANT** |
| --- |
| *Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attornies) using either regular mail, fax, email or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)* |

Pro Se Only:
☐ I have read and agree to the terms of Clerk's Office
Electronic Notice Policy and choose to opt in to electronic
notice from the Clerk's office for this case at this email address:

Email: _____

**\* Strike demand for trial by jury if not applicable.**
I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the
Court to be in default for failure to plead.

                                /s/ _____
                                Attorney for ● Plaintiff  ○ Defendant

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 1

FEB 2 8 2024

FILED DATE: 2/20/2024 6:39 PM   2024CH01053

**Chancery Division Civil Cover Sheet**
**General Chancery Section**                                                      (12/01/20) CCCH 0623

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

MICHAEL DALY,
                                                    Plaintiff

                        v.                                        Case No: _____

DANONE WATERS OF AMERICA LLC,
                                                    Defendant

### CHANCERY DIVISION CIVIL COVER SHEET
### GENERAL CHANCERY SECTION

A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the box in front of the appropriate category which best characterizes your action being filed.

**Only one (1) case type may be checked with this cover sheet.**

| | | | | | |
|---|---|---|---|---|---|
| 0005 | ☐ Administrative Review | | 0017 | ☐ Mandamus |
| 0001 | ☑ Class Action | | 0018 | ☐ Ne Exeat |
| 0002 | ☐ Declaratory Judgment | | 0019 | ☐ Partition |
| 0004 | ☐ Injunction | | 0020 | ☐ Quiet Title |
| | | | 0021 | ☐ Quo Warranto |
| 0007 | ☐ General Chancery | | 0022 | ☐ Redemption Rights |
| 0010 | ☐ Accounting | | 0023 | ☐ Reformation of a Contract |
| 0011 | ☐ Arbitration | | 0024 | ☐ Rescission of a Contract |
| 0012 | ☐ Certiorari | | 0025 | ☐ Specific Performance |
| 0013 | ☐ Dissolution of Corporation | | 0026 | ☐ Trust Construction |
| 0014 | ☐ Dissolution of Partnership | | 0050 | ☐ Internet Take Down Action (Compromising Images) |
| 0015 | ☐ Equitable Lien | | | |
| 0016 | ☐ Interpleader | | | ☐ Other (specify) _____ |

◉ Atty. No.: 63294                 ○ Pro Se 99500

Atty Name: Steven Perry, Law Offices of Todd M. Friedman, PC

Atty. for: Michael Daly, Plaintiff

Address: 707 Skokie Blvd., Suite 600

City: Northbrook                State: IL

Zip: 60062

Telephone: 224-218-0875

Primary Email: steven.perry@toddflaw.com

Pro Se Only:  ☐ I have read and agree to the terms of the Clerk's Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

Email: _____

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1